[No. 14717-7-III.   Division Three.   May 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DORIS M. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00434-5, Carol A. Wardell, J., entered March 6, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, J., and Munson, J. Pro Tem.

[No. 15059-3-III.   Division Three.   May 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN LARIE ADKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-1-00077-8, Yancey Reser, J., entered July 5, 1995. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 15175-1-III.   Division Three.   May 20, 1997.]

ELIAS CHAVEZ, *Appellant*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-2-00323-3, Donald W. Schacht, J., entered August 14, 1995. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 16086-6-III.   Division Three.   May 20, 1997.]

JOHN D. ARNOLD, *Appellant*, v. INDETERMINATE SENTENCE REVIEW BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-2-00681-1, Yancey Reser, J., entered May 16, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kurtz, J., and Munson, J. Pro Tem.